ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number: 209813
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3550
    Facsimile: (714) 338-3708
    E-mail:    Jennifer.Waier@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 07-66(A)-JVS |
| Plaintiff, | ORDER TAKING DEFENDANT GREG HARRY'S MOTION TO SUPPRESS |
| v. | EVIDENCE OFF-CALENDAR |
| GREGORY TURVILLE HARRY, et al., | OLD HEARING DATE: January 20, 2012 at 9:00 a.m. |
| Defendants. | |

IT IS HEREBY ORDERED THAT the hearing on defendant Greg Harry's motion to suppress evidence, currently set for January 20, 2012 at 9:00 a.m., is vacated and taken off-calendar.

Dated: January 19, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE